**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KANISHA A. JIMISON** **CIVIL ACTION**

**VERSUS** **NUMBER 07-370-RET-DLD**

**STATE OF LOUISIANA DEPARTMENT OF EDUCATION SPECIAL SCHOOL DISTRICT**

**REPORT AND RECOMMENDATION**

This matter is before the court on referral from the District Judge for a report and recommendation on defendant's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (rec. doc. 6).The motion was opposed, and the plaintiff filed a Supplemental and Amended Complaint (rec. doc. 11).

In its motion, the defendant argued that the complaint failed to state a claim upon which relief can be granted because the plaintiff "failed to identify the legal basis upon which her claims are based and has further failed to plead any specific facts in support of the claims asserted in the Complaint."[1] More specifically, the defendant argued that it could not ascertain whether the individuals mentioned in the complaint were the plaintiff's coworkers or supervisors, their race, and whether she was alleging that she was terminated due to retaliation, race, or a combination thereof.

The court has reviewed the opposition to the motion, and the subsequently filed Supplemental and Amended Complaint, and finds that the defendant's concerns have been satisfactorily addressed by the supplemental and amended complaint. As cited by the plaintiff in her opposition, the Supreme Court in *Skierkiewicz v. Sorema*, 534 U.S. 506

---

[1] *Motion to Dismiss, or in the Alternative, Motion for More Definite Statement* (rec. doc. 6).

(2002)(internal citations omitted), made it clear that in employment discrimination cases, the complaint need only contain a "short and plain statement of the claim showing that the pleader is entitled to relief."[2] The plaintiff has supplemented her complaint such that this standard has been met. Therefore,

**IT IS THE RECOMMENDATION** of the court that the defendant's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (rec. doc. 6) be **DISMISSED AS MOOT**.

Signed in Baton Rouge, Louisiana, on August 21, 2007.

**MAGISTRATE JUDGE DOCIA L. DALBY**

[2] *Plaintiff's Memorandum in Opposition to Motion to Dismiss or Alternatively for More Definite Statement* (rec. doc. 9), p. 1, citing *Skierkiewicz v. Sorema*, 534 U.S. 506 (2002).

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KANISHA A. JIMISON** **CIVIL ACTION**

**VERSUS** **NUMBER 07-370-RET-DLD**

**STATE OF LOUISIANA DEPARTMENT OF EDUCATION SPECIAL SCHOOL DISTRICT**

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on August 21, 2007.

**MAGISTRATE JUDGE DOCIA L. DALBY**