UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 SEP 18 P 2: 36

BY DEPUTY CLERK

KANISHA A. JIMISON

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT

CIVIL ACTION

NO. 07-370-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 21, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss, or in the alternative, Motion for More Definite Statement (rec.doc.6) filed by defendant is dismissed as moot.

Baton Rouge, Louisiana, September *18*, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA