**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 [?] [?] P 2: 18

BY DEPUTY CLERK

KANISHA A. JIMISON                          CIVIL ACTION

VERSUS                                      NO. 07-370-C

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL
DISTRICT


### RULING ON MOTION TO DENY MOTION FOR SUMMARY JUDGMENT OR DEFER RULING ON SAME UNDER FED.R.CIV.P.56(F)


On March 14, 2008, Defendant filed a Motion for Summary Judgment in this matter (rec.doc.24). Plaintiff responded on March 19, 2008 and filed a Motion to Deny Motion for Summary Judgment, or in the alternative, Motion to Defer Ruling on Same Under Fed.R.Civ. P. 56(F) (rec.doc.25). In support of her motion, Plaintiff asked this Court for permission "to complete discovery, within the time allotted by the Court, before being required to respond to Defendant's Motion for Summary Judgment," citing the need to depose two additional witnesses.[1]

Before the Court ruled on Plaintiff's motions, however, on April 2, 2008 Plaintiff filed a Memorandum in Opposition to Defendant's Motion for Summary Judgment

---

[1] Plaintiff's Memorandum in Support of Motion to Deny Motion for Summary Judgment or Defer Ruling on Same Under Fed.R.Civ.P. 56(F) at 1-2. Plaintiff sought to depose Cline Jenkins (State Director of the Special School District) and James LeBlanc (Warden of Dixon Correctional Institute).

Doc#1749

(rec.doc.29). Attached to Plaintiff's Memorandum in Opposition are depositions of the two witnesses Plaintiff cited in her Motion to Deny Motion for Summary Judgment, or in the alternative, Motion to Defer Ruling on Same Under Fed.R.Civ. P. 56(F) (rec.doc.25). For this reason, and because the deposition testimony of the additional witnesses complained of are referenced in Plaintiff's Memorandum in Opposition to Summary Judgement, the Court finds no need to defer ruling on Defendant's Motion for Summary Judgment.

Accordingly, the Motion to Deny Motion for Summary Judgment, or in the alternative, Motion to Deny Ruling on Same Under Fed.R.Civ. P. 56(F) (rec.doc.25) filed by plaintiff is hereby **DISMISSED AS MOOT.**

Baton Rouge, Louisiana, April 9 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc#1749