UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KANISHA A. JIMISON

VERSUS

STATE OF LOUISIANA DEPARTMENT
OF EDUCATION SPECIAL SCHOOL DISTRICT

CIVIL ACTION

NO. 07-370-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 29, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion to dismiss amended complaint, or in the alternative, motion for more definite statement is denied.

Baton Rouge, Louisiana, September 16, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA